UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BELLONE,<br><br>    Plaintiff,<br><br>v.<br><br>ROARING CAMP, INC.,<br><br>    Defendant. | Case No.19-cv-00307-VKD<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 13 |

Plaintiff Chuck Bellone filed this action on January 18, 2019. Dkt. No. 1. On June 26, 2019, the parties filed a stipulated request that the Court grant Mr. Bellone leave to file an amended complaint adding additional defendants and claims. Dkt. No. 13. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court grants Mr. Bellone leave to file an amended complaint.

Mr. Bellone and current defendant Roaring Camp, Inc. further stipulate that "[d]efendants' responsive pleading, if any, shall be due fourteen (14) days after the First Amended Complaint is filed." The proposed additional defendants Gadabout Tours, Inc., Lois Anderson, and Mark Anderson are not parties to this stipulation.

Accordingly, pursuant the stipulation, defendant Roaring Camp shall respond to the amended complaint within 14 days after it is filed. However, proposed defendants Gadabout Tours, Inc., Lois Anderson, and Mark Anderson shall respond to the amended complaint within the time provided under Rule 12(a)(1)(A).

**IT IS SO ORDERED.**

Dated: June 27, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge