UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BELLONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GADABOUT TOURS, INC.,<br><br>　　　　Defendant. | Case No. 19-cv-00307-VKD<br><br>**JUDGMENT** |

　　On November 8, 2019, the Court granted defendant Gadabout Tours, Inc.'s ("Gadabout") motion to dismiss without leave to amend claims 1-3 of plaintiff Chuck Bellone's second amended complaint for violations of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.; the Unruh Civil Rights Act, Cal. Civ. Code §§ 51-53; and the California Disabled Persons Act, Cal. Civ. Code § 54.1 et seq.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Gadabout and against Mr. Bellone as to claims 1-3.

　　The Clerk of Court shall close the file in this matter.

　　**IT IS SO ORDERED.**

Dated: November 8, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge